IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:26-CR-00094-M-RN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JESUS MARIN-HERNANDEZ,

    Defendant.

ORDER

This matter comes before the court on Defendant's Consent Motion to Consolidate Arraignment and Sentencing pursuant to Federal Rule of Criminal Procedure 32(c)(1)(A)(ii) [DE 18]. The court finds that the information in the record enables it to meaningfully exercise its sentencing authority under 18 U.S.C. § 3553. Accordingly, the motion is GRANTED. The Probation Office is excused from its obligation to submit a presentence investigation report in this matter, and the Clerk of the Court shall set this matter for sentencing following the arraignment scheduled for the September 1, 2026, term of court.

SO ORDERED this _____14th_____ day of July, 2026.

_____
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE